| | | |
|---|---|---|
| Douglas Robert Shaffer | ) | United States District Court |
| (Plaintiff) | ) | Northern District of Indiana |
| V/S | ) | Fort Wayne Division |
| Thomas J Felts | ) | |
| State of Indiana | ) | Case #  1:21CV275 |
| (Defendant) | ) | |

-FILED-

JUL 2 1 2021

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## COMLPAINT

Comes Now, Douglas Robert Shaffer brings claim against then judge Thomas J Felts of the Allen County circuit court, in the case of Pro- Fed credit union V/S Robert and Marney Shaffer, Douglas Robert Shaffer, Dana Shaffer ,Sue Shaffer, POYD.LLC, Drivers solutions LLC , City of Fort Wayne-neighborhood code. Case # 02C01-1905-MF 257.

(1)     The Court proceedings in which Thomas J Felts presided over has been proven to be overwhelmingly bias toward Douglas. THE ORIGINAL AND TRUE OWNER OF THE PROPERTY 1815 Wells st.

(2)     Thomas J Felts did not demand that Pro-Fed C.U produce accurate and complete production of documents. He also did not honor the durable power of Attorney given to me by my father in 2009.

(3)     Whereas,  Robert Shaffer gave to Douglas Shaffer durable POA in 2009.  Attorney for Pro-fed Joshua Burkhartd has made false claims that Marney Shaffer has rescinded that document. Marney did not and can not do away with P.O.A. that Robert Shaffer granted Douglas Shaffer for the property with no expiration date entered. Then judge Thomas J Felts upheld this notion without any supporting evidence.

(4)     Whereas, there is missing monthly deposits of 688 dollars from Robert Shaffer's account 138600 for over five years at Pro-Fed. This was all explained in detail over and again on

def ears. Douglas Robert wants to know where his money went. Thomas J Felts is aiding and protecting a bank from prosecution.

(5)     Whereas, Douglas Shaffer requested that the Laudare LLP be investigated for embezzlement of some 13,800 of funds that was to go directly to a mortgage, that was never applied to said mortgage.

(6)     Douglas Robert now makes the claim that Joshua Burkhartd, and then judge Thomas J Felts has conspired to withhold pertinent information in regards to fraudulent activity from Professional- Federal credit union. If in fact if there was no fraud committed, then Pro-Fed should have no problem producing these documents requested.

(7)     Whereas, attorney Joshua Burkhartd has made false claims that Douglas Shaffer owes debt to drivers solutions, PYOD LLC and Fort Wayne neighborhood code. This is all uncertified allegations which has made up to defame Douglas' name and credit. This is liable.

(8)     Whereas, Thomas J Felts did not follow case law on foreclosures with regard to intervention of a 3rd party with rightful claim to the property.

(9) Plaintiff has been, and will continue to be disenfranchised by the decisions made by Thomas J felts, unless THIS COURT intervenes in the sale of said property that is to be auctioned by sheriff on July 28 2021.

Wherefore, Plaintiff now seeks injunctive relief from the Court of said sale.

Douglas, Robert; Shaffer

c/o 1625 Geller st.

Fort Wayne Indiana

## SWORN AFFIDIVIT OF FACTS

The statements made within this complaint are factual, true and correct and under the pains and penalty of perjury.

A true and correct copy will be served on defendant via a process service.

*Douglas; Robert; Shaffer*

Douglas, Robert; Shaffer

c/o 1625 Geller st.

Fort Wayne Indiana

Zip exempt

*Please Note*

*Exibit A*

---

Form A240 Limited Power of Attorney

## LIMITED POWER OF ATTORNEY

(With Durable Provision)

TO ALL PERSONS, be it known, that WE MARNEY & Robert Shaffer of as Grantor, do hereby make and grant a limited and specific power of attorney to Douglas SHAFFER of and appoint and constitute said individual as my attorney-in-fact.

My named attorney-in-fact shall have full power and authority to undertake, commit and perform only the following acts on my behalf to the same extent as if I had done so personally; all with full power of substitution and revocation in the presence: (Describe specific authority)

Aything involed with properties Located at
1625 Geller, Ft Wayne, IN 46808
1815 Wells st Ft. Wayne, IN 46808

only the following acts on my behalf to the same extent as if I had done so personally; all with full power of substitution and revocation in the presence: (Describe specific authority)

Anything involed with properties Located at
1625 Geller, Ft Wayne, IN 46808
1815 Wells St Ft. Wayne, IN 46808

The authority granted shall include such incidental acts as are reasonably required or necessary to carry out and perform the specific authorities and duties stated or contemplated herein.

My attorney-in-fact agrees to accept this appointment subject to its terms, and agrees to act and perform in said fiduciary capacity consistent with my best interests as he in his discretion deems advisable, and I thereupon ratify all acts so carried out.

I agree to reimburse my attorney-in-fact all reasonable costs and expenses incurred in the fulfillment of the duties and responsibilities enumerated herein.

Special durable provisions:

This power of attorney _____ shall be revoked upon _____ shall not be affected by disability of the Grantor, and shall otherwise _____ continue in full force and effect until revoked by subsequent writing _____ become null and void after date of _____, 19 ___ (initial provisions which apply).

Prepared by: x Marney Shaffer

I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security number in this document, unless required by law.

x Douglas Shaffer
(name printed, stamped or signed w/print)

Other terms:

Signed under seal this 4 day of August, 19 2009

Signed in the presence of:

Marney C Shaffer                    Robert L Shaffer
MARNEY C SHAFFER                    Robert L. SHAFFER
                                    Grantor / Attorney-in-Fact

August 4, 19 2009

State of INDIANA
County of ALLEN     SS.

Then personally appeared Marney Shaffer & Robert Shaffer, the above named Grantor, who known to me, signed or acknowledged the foregoing power of attorney as his or her free act and deed, before me.

Notary Public: Resident of Allen County
My Commission Expires: March 1, 2010

c. E-Z Legal Forms

0  53926 20029  0

Douglas Shaffer, 1625 Geller St, FW 46808