# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DOUGLAS ROBERT SHAFFER

       Plaintiff
  v.

                                             **Civil Action No. 1:21-cv-275**

THOMAS J FELTS, *Former Judge*; STATE OF INDIANA;
PRO-FED CREDIT UNION; JOSHUA BROOKHARDT;
LAUDARE LLP; MARNEY SHAFFER; BRAD PEPPLE;
EBENEZER PROPERTIES LLC; and
PURCHASERS OF SHERIFF SALE, *yet to be disclosed*

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Holly A. Brady on a Joint Motion to Dismiss for Lack of Subject Matter Jurisdiction by Defendants.

DATE: 9/28/2021                        GARY T. BELL, CLERK OF COURT

                                              by  s/ B. Scheumann
                                              *Signature of Clerk or Deputy Clerk*