UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DOUGLAS ROBERT SHAFFER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:21-CV-275-HAB |
| THOMAS J. FELTS, et al., | ) ) ) |
| Defendants. | ) |

## OPINION AND ORDER

On October 14, 2021, this Court denied Plaintiff's Motion to Reconsider and Request for Hearing. (*See* ECF No. 17). While that order was outbound, an Amended Motion to Reconsider and Request for Hearing was inbound. (ECF No. 18). Plaintiff's motions contain the same arguments; the purpose of the amendment was to attach two exhibits. Unfortunately for Plaintiff, these exhibits do not change the jurisdictional analysis. The *Rooker-Feldman* doctrine bars Plaintiff's suit for the reasons laid out in the Court's prior orders.

For these reasons, Plaintiff's Amended Motion to Reconsider and Request for Hearing (ECF No. 18) is DENIED.

SO ORDERED on October 19, 2021.

                                              s/ Holly A. Brady
                                              JUDGE HOLLY A. BRADY
                                              UNITED STATES DISTRICT COURT